# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Case No. 1:18-cr-126 |
| v. | ) |
| | ) Judge Collier/Steger |
| JAMES JACKIE JONES | ) |

## O R D E R

U.S. Magistrate Judge Christopher H. Steger filed a report and recommendation ("R&R") (Doc. 27) recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea as to Count One of the one-count Indictment; (2) accept Defendant's guilty plea as to Count One of the one count Indictment; (3) adjudicate Defendant guilty of knowingly possessing a firearm after having been convicted of a felony in violation of 18 U.S.C. § 922(g)(1); and (4) order that Defendant remain in custody until sentencing in this matter or further order of this Court. Subsequent to the filing of Magistrate Judge Steger's R&R, Defendant sent the Court two letters which raised three separate issues: (1) Defendant's desire to potentially withdraw his guilty plea; (2) Defendant's dissatisfaction with his attorney; and (3) Defendant's dissatisfaction with the medical treatment he has received while incarcerated. (Docs. 30, 32.)

Magistrate Judge Steger held a hearing on March 5, 2019, addressing each of the issues Defendant raised. During the hearing, Defendant stated he no longer sought to be appointed new counsel or withdraw his guilty plea. He expressed his primary concern to be with his medical treatment, which Magistrate Judge Steger addressed further.

Neither party has otherwise objected to Magistrate Judge Steger's R&R. After reviewing the record, the Court agrees with Magistrate Judge Steger's R&R. Accordingly, the Court

**ACCEPTS** and **ADOPTS** the magistrate judge's R&R (Doc. 27) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

1. Defendant's motion to withdraw his not guilty plea as to Count One of the one count Indictment is **GRANTED**;

2. Defendant's plea of guilty to Count One of the one count Indictment is **ACCEPTED**;

3. Defendant is hereby **ADJUDGED** guilty of knowingly possessing a firearm after having been convicted of a felony in violation of 18 U.S.C. § 922(g)(1);

4. A decision on whether to accept the plea agreement is **DEFERRED** until sentencing; and

5. Defendant **SHALL REMAIN** in custody until sentencing in this matter which is scheduled to take place on **August 7, 2019, at 2:00 p.m.** before the undersigned, or until further order of this Court.

**SO ORDERED.**

**ENTER:**

/s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**